IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* ROBERT EDWARDS, et al.,

    Plaintiffs,

v.

ST. LUKE'S HOSPITAL, et al.,

    Defendants.

NO. C03-0825 TEH

ORDER DENYING RELATORS' REQUEST FOR SANCTIONS AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    At the March 27, 2006 case management conference, Relators requested sanctions against Defendants based on Defendants' conduct at a March 1, 2006 mediation session conducted by the Honorable Edward A. Infante. After carefully reviewing the mediator's April 19, 2006 written response to the Court's March 28, 2006 letter, the Court has concluded that no such sanctions are warranted. However, if the parties return to mediation, the Court HEREBY ORDERS the parties to clarify with the mediator whether personal attendance of the Relators and Defendants' representative is required or whether telephonic availability of such persons is sufficient.

    IT IS FURTHER ORDERED that the June 5, 2006 case management conference shall be continued to **Monday, June 12, 2006, at 1:30 PM**, to accommodate the Court's calendar. The parties shall meet and confer and file a joint case management statement on or before **June 5, 2006.**

**IT IS SO ORDERED.**

Dated: 04/24/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT