RUSSELL HAYMAN (Bar No. 110643)
MATTHEW OSTER (Bar No. 190541)
JENNIFER NELSON (Bar No. 228996)
McDERMOTT WILL & EMERY LLP
2049 Century Park East
34th Floor
Los Angeles, CA 90067-3208
Telephone:   310-277-4110
Facsimile:    310-277-4730

Attorneys for Defendants
St. Luke's Hospital and Sutter Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ROBERT EDWARDS, TA-CHIANG HSU, and SHIRLEY ORDWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HOSPITAL, SUTTER HEALTH, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. C-03-0825 TEH<br><br>[~~PROPOSED~~] ORDER SETTING FACT DISCOVERY CUTOFF<br><br>Action Filed: February 25, 2003<br>Judge: The Honorable Thelton E. Henderson<br><br>Hearing Date: September 25, 2006 |

The Further Case Management Conference in the above-captioned case came on regularly for hearing before this Court on September 25, 2006, the Honorable Thelton E. Henderson presiding. Counsel for defendants and relators appeared, which appearances are noted in the record.

The Court, having read the positions of the parties as set forth in the Joint Case Management Conference Statement, and having heard and considered the statements and representations of counsel at the hearing, and finding good cause therefore, hereby ORDERS that the fact discovery cut-off date in this case shall be March 31, 2007. This means that no responses to written discovery shall be due

LAS99 1475043-1.032408.0015

[PROPOSED] ORDER
(CASE NO. C-03-0825 TEH)

1  after this date and all fact witness depositions shall be completed by this date.  The
2  Court reminds the parties that this date will not be moved absent substantial cause.

3
4  **IT IS SO ORDERED.**
5
6  Dated: October 12, 2006
7
   _____
   Judge Thelton E. Henderson
   United States District Court
8
9  Respectfully Submitted By:
10 McDERMOTT WILL & EMERY LLP
11
12
13 By: _____
   Matthew Oster
   Attorneys for Defendants
14 St. Luke's Hospital and Sutter Health