```
 1  RUSSELL HAYMAN (Bar No. 110643)
    MATTHEW OSTER (Bar No. 190541)
 2  McDERMOTT WILL & EMERY LLP
    2049 Century Park East
 3  34th Floor
    Los Angeles, CA  90067-3208
 4  Telephone:   310-277-4110
    Facsimile:   310-277-4730
 5
    Attorneys for Defendants
 6  St. Luke's Hospital and Sutter Health
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ROBERT EDWARDS, TA-CHIANG HSU, and SHIRLEY ORDWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HOSPITAL, SUTTER HEALTH, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO.  C-03-0825 TEH<br><br>**STIPULATED** [~~PROPOSED~~] **ORDER CONTINUING CMC DATE**<br><br>Action Filed:  February 25, 2003<br>Sec. Am. Complaint Filed:  Sept. 20, 2004<br>Judge:  The Honorable Thelton E. Henderson<br><br>Current CMC Date: March 19, 2007<br>Current Time:  1:30 p.m.<br>Current Courtroom:  12<br><br>Proposed CMC Date:  April 9, 2007<br>Proposed Time:  1:30 p.m. |

1  Relators Robert Edwards, Shirley Ordway and Ta-Chiang Hsu and
2  defendants Sutter Health and St. Luke's Hospital (collectively, the "Parties")
3  hereby stipulate, agree, and request as follows:
4  WHEREAS, there currently is scheduled in this case a Case Management
5  Conference on March 19, 2007 at 1:30 p.m.;
6  WHEREAS, there currently is scheduled in this case a fact discovery cut-off
7  date of March 31, 2007;
8  WHEREAS, the Parties desire to use March 19, 2007 to conduct discovery
9  before the currently scheduled cut-off date; and
10  WHEREAS, the Court clerk has informed the Parties that April 9, 2007 is
11  available as an alternate date for a case management conference:
12
13  BASED ON THE FOREGOING, the Parties hereby request that this Court
14  continue the March 19, 2007 Case Management Conference and reschedule it to
15  take place on April 9, 2007 at 1:30 p.m., with a joint case management statement to
16  be filed by April 2, 2007.
17  IT IS SO STIPULATED.
18
19  Dated: March 9, 2007       McDERMOTT WILL & EMERY LLP
20                             By: _____
21                                 Matthew Oster
                                   Attorneys for Defendants
22                                 ST. LUKE'S HOSPITAL AND SUTTER
                                   HEALTH
23  Dated: March 9, 2007       WALLACE C. DOOLITTLE
24
25                             By: _____
                                   Wallace C. Doolittle
26                                 Attorneys for Relators
                                   ROBERT EDWARDS, SHIRLEY
27                                 ORDWAY AND TA-CHIANG HSU
28

LAS99 1494497-2.032408.0015        - 2 -        [PROPOSED] STIPULATED ORDER
                                                (CASE NO. C-03-0825 TEH)

Based on the foregoing,

IT IS HEREBY ORDERED that the Case Management Conference is continued and rescheduled to take place on April 9, 2007 at 1:30 p.m., with a joint case management statement due to be filed by April 2, 2007.

**IT IS SO ORDERED.**

Dated: March 12, 2007



Hon. Thelton E. Henderson
Judge of the United States District Court

LAS99 1494497-2.032408.0015

- 3 -

**[PROPOSED] STIPULATED ORDER**
(CASE NO. C-03-0825 TEH)