IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* ROBERT EDWARDS, et al.,

    Plaintiffs,

v.

ST. LUKE'S HOSPITAL, et al.,

    Defendants.

NO. C03-0825 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

At the April 9, 2007 case management conference, the Court informed the parties that it would confer with Special Master Edward Swanson regarding a suitable date for the next case management conference. The Court has now spoken with Mr. Swanson, and IT IS HEREBY ORDERED that the parties shall appear for a case management conference on **Monday, May 14, 2007, at 1:30 PM,** with a joint case management conference statement due on or before **Monday, May 7, 2007.** Mr. Swanson will inform the Court if resolution of the outstanding discovery disputes will take longer than he currently anticipates, in which case the Court will continue the case management conference to an appropriate date.

**IT IS SO ORDERED.**

Dated: 04/12/07

                          THELTON E. HENDERSON, JUDGE
                          UNITED STATES DISTRICT COURT