RUSSELL HAYMAN (Bar No. 110643)
MATTHEW OSTER (Bar No. 190541)
McDERMOTT WILL & EMERY LLP
2049 Century Park East
34th Floor
Los Angeles, CA 90067-3208
Telephone:   310-277-4110
Facsimile:    310-277-4730

Attorneys for Defendants
St. Luke's Hospital and Sutter Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ROBERT EDWARDS, TA-CHIANG HSU, and SHIRLEY ORDWAY,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HOSPITAL, SUTTER HEALTH, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. C-03-0825 TEH<br><br>[PROPOSED] ORDER EXPUNGING DOCKET ENTRY 186<br><br>Action Filed: February 25, 2003<br>Judge: The Honorable Thelton E. Henderson |

WHEREAS, on June 11, 2006, defendant St. Luke's Hospital ("STLH") electronically filed as Docket Entry #186 its Motion to Amend/Correct Special Master's Order re *In Camera* Review;

WHEREAS, STLH has contacted the Court to explain that it inadvertently included the wrong Exhibit A with its filing;

WHEREAS, STLH has re-filed its Motion to Amend/Correct Special Master's Order re *In Camera* Review with the correct Exhibit A as Docket Entry #187; and

1  WHEREAS, STLH has requested that this Court not consider and expunge
2  from the record the erroneously filed version of its motion:
3  The Court, having found good cause therefore, hereby ORDERS that Docket
4  Entry #186 shall be expunged from the Court's record.

6  **IT IS SO ORDERED.**

8  Dated: June 13, 2007

_____
Hon. Thelton E. Henderson
Judge of the United States District Court

11 Respectfully Submitted By:
12 McDERMOTT WILL & EMERY

By: _____
Matthew Oster
Attorneys for Defendants
St. Luke's Hospital and Sutter Health