IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT EDWARDS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HOSPITAL, et al.,<br><br>Defendants. | NO. C03-0825 TEH<br><br><u>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S MAY 22, 2007 DECISION</u> |

Special Master Edward Swanson has informed the Court that he anticipates issuing an order regarding issues related to former St. Luke's Hospital employee Giri Sastromihardjo within the next week. Mr. Swanson also informed the Court that the parties requested that the upcoming case management conference be continued until after the Sastromihardjo issues have been further resolved. Accordingly, IT IS HEREBY ORDERED that the case management conference scheduled for July 23, 2007, is continued to **September 10, 2007, at 1:30 PM.** The parties shall meet and confer and file a joint case management statement on or before **September 4, 2007.**

Additionally, because Mr. Swanson's order may moot part or all of Defendants' pending motion, IT IS FURTHER ORDERED that briefing on Defendants' motion to reverse the Special Master's May 22, 2007 decision regarding *in camera* review of privileged information shall be stayed until further order of the Court, and the July 23, 2007 motion hearing shall be vacated. Within ten calendar days after Mr. Swanson issues his order regarding the Sastromihardjo issues, Defendants shall file with this Court either a request to

1 withdraw their motion or a statement explaining why parts or all of the motion remain
2 relevant following Mr. Swanson's decision.  If necessary, the Court will then issue an
3 appropriate scheduling order.

5 **IT IS SO ORDERED.**

7 Dated:   07/02/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT