IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* ROBERT EDWARDS, et al.,

    Plaintiffs,

v.

ST. LUKE'S HOSPITAL, et al.,

    Defendants.

NO. C03-0825 TEH

ORDER VACATING DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S MAY 22, 2007 DECISION

On July 2, 2007, this Court stayed the briefing and hearing schedule on Defendants' motion to reverse Special Master Edward Swanson's May 22, 2007 decision regarding *in camera* review of privileged information, pending a decision by the Special Master regarding issues related to former St. Luke's Hospital employee Giri Sastromihardjo. The Court further ordered that, "[w]ithin ten calendar days after Mr. Swanson issues his order regarding the Sastromihardjo issues, Defendants shall file with this Court either a request to withdraw their motion or a statement explaining why parts or all of the motion remain relevant following Mr. Swanson's decision." July 2, 2007 Order at 1-2.

Mr. Swanson issued his decision regarding documents and testimony obtained from Mr. Sastromihardjo on July 11, 2007. The time for Defendants to file their statement has now expired. Having heard nothing from Defendants explaining why the arguments raised in their motion are not moot, the Court now VACATES Defendants' motion.

**IT IS SO ORDERED.**

Dated: 07/26/07

                    THELTON E. HENDERSON, JUDGE
                    UNITED STATES DISTRICT COURT