1  RUSSELL HAYMAN (Bar No. 110643)
   MATTHEW OSTER (Bar No. 190541)
2  **McDERMOTT WILL & EMERY LLP**
   2049 Century Park East
3  38th Floor
   Los Angeles, CA 90067-3208
4  Telephone: 310-277-4110
   Facsimile: 310-277-4730
5
   Attorneys for Defendants
6  St. Luke's Hospital and Sutter Health
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,          | CASE NO. C-03-0825 TEH
   | *ex rel.*, ROBERT EDWARDS, TA-     |
13 | CHIANG HSU, and SHIRLEY            | **STIPULATION RE DISMISSAL**
   | ORDWAY,                            | **WITH PREJUDICE;**
14 |                                    | **ORDER THEREON**
   | Plaintiffs,                        |
15 |                                    | [Fed. R. Civ. P. 41(a)(2)]
   | v.                                 |
16 |                                    | Action Filed: February 25, 2003
   | ST. LUKE'S HOSPITAL, SUTTER        | SAC Filed: Sept. 20, 2004
17 | HEALTH, and DOES 1-100,            | SAC Partially Dismissed: Nov. 22, 2004
   | INCLUSIVE,                         | Trial: TBD
18 |                                    | Judge: The Honorable Thelton E.
   | Defendants.                        | Henderson
19

LAS99 1521513-4.032408.0015           -1-
**STIPULATION RE DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**

1    Relators Robert Edwards, Shirley Ordway and Ta-Chiang Hsu (collectively,
2 the "Relators"), defendants St. Luke's Hospital and Sutter Health (collectively, the
3 "Defendants"), and the United States of America hereby stipulate and agree as
4 follows:
5    WHEREAS, Relators filed the above-entitled action (the "Action") on
6 February 25, 2003, asserting various claims on behalf of the United States of
7 America against Defendants pursuant to the False Claims Act, 31 U.S.C. §§ 3729,
8 *et seq.*;
9    WHEREAS, on December 1, 2003, the United States of America declined to
10 intervene in the Action;
11   WHEREAS, Relators and Defendants exchanged initial disclosures pursuant
12 to Federal Rule of Civil Procedure 26 on March 10, 2004;
13   WHEREAS, Defendants filed answers to Relators' Second Amended
14 Complaint on December 13, 2004;
15   WHEREAS, Relators and Defendants engaged in extensive fact discovery in
16 the Action;
17   WHEREAS, Relators and Relators counsel have in their possession
18 documents and electronic records produced by the Defendants which include
19 private information within the provisions of the article I, section 1 of the California
20 Constitution, the Confidentiality of Medical Information Act of 1981, and federal
21 rules and regulations promulgated under the Health Insurance Portability and
22 Accountability Act of 1996, as amended, as well as confidential information
23 protected from discovery by the Health Care Quality Improvement Act, 42 U.S.C.
24 § 11137;
25   WHEREAS, based on this discovery the Relators have concluded that they
26 could not prevail on their claims at trial;
27
28

LAS99 1521513-4.032408.0015              -2-

WHEREAS, Relators and Defendants desire to avoid the risks and expenses of further litigation and have agreed to dismiss this action on the terms set forth below:

NOW THEREFORE, The Relators, the Defendants, and the United States of America hereby stipulate and agree as follows:

1. Relators, Defendants, and the United States of America agree that the Action should be dismissed in its entirety, with prejudice as to the Relators but without prejudice as to the United States of America.

2. Relators, Defendants, and the United States of America agree that each shall be responsible for his, her, or its own attorneys' fees, costs and expenses incurred in the Action or in any way related to the Action.

3. The Relators have received no proceeds from the Action, and shall receive no proceeds related to the Action at any time in the future.

4. Relators and Relators' counsel hereby agree and warrant that, within sixty (60) days following the dismissal of the Action, they will assemble and return to Defendants all originals and reproductions of all documents, and destroy or return to Defendants all electronic records, produced by Defendants in the Action, excluding documents which contain notations of Relators' counsel. Relators and Relators' counsel hereby agree and warrant that documents that contain notations of Relators' counsel will be destroyed and such destruction, as well as the destruction of all electronic records not returned to Defendants, will be confirmed by Relators' counsel to Defendants in writing within sixty (60) days following the dismissal of the Action.

IT IS SO STIPULATED.

LAS99 1521513-4.032408.0015                    -3-

Case 3:03-cv-00825-TEH   Document 202   Filed 11/16/07   Page 4 of 7
Case 3:03-cv-00825-TEH   Document 200   Filed 11/13/2007   Page 4 of 7
NOV/08/2007/THU 05:44 PM   MILLSTEIN & ASSOC.   FAX No. 415 348 0336   P. 002
11/07/2007  14:35   5105239449   EDWARDS   PAGE 01

| | | |
|---|---|---|
| 1 | Dated: October __, 2007 | By: _____<br>Shirley Ordway |
| 2 | Dated: October __, 2007 | By: _____<br>Ta-Chiang Hsu |
| 3 | | |
| 4 | Dated: October __, 2007 | By: _____<br>Robert Edwards |
| 5 | Dated: October __, 2007 | UNITED STATES OF AMERICA |
| 6 | | |
| 7 | | By: _____<br>Sarah Winslow |
| 8 | | Assistant United States Attorney<br>Attorneys for |
| 9 | | THE UNITED STATES OF AMERICA |
| 10 | Dated: October __, 2007 | McDERMOTT WILL & EMERY LLP |
| 11 | | By: _____ |
| 12 | | Russell Hayman<br>Attorneys for Defendants |
| 13 | | ST. LUKE'S HOSPITAL AND SUTTER<br>HEALTH |
| 14 | Dated: [Nov 6] October __, 2007 | LAW OFFICES OF WALLACE C.<br>DOOLITTLE |
| 15 | | |
| 16 | | By: _____<br>Wallace C. Doolittle |
| 17 | | Attorneys for Relators<br>ROBERT EDWARDS, SHIRLEY |
| 18 | | ORDWAY AND TA-CHIANG HSU |
| 19 | Dated: [Nov 6] October __, 2007 | LAW OFFICES OF MILLSTEIN &<br>ASSOCIATES |
| 20 | | |
| 21 | | By: _____<br>David J. Millstein |
| 22 | | Attorneys for Relators<br>ROBERT EDWARDS, SHIRLEY |
| 23 | [November 6] | ORDWAY AND TA-CHIANG HSU |
| 24 | Dated: October __, 2007 | GOLDFARB & LIPMAN LLP |
| 25 | | By: _____ |
| 26 | | James T. Diamond, Jr.<br>Attorneys for Relators |
| 27 | | ROBERT EDWARDS, SHIRLEY<br>ORDWAY AND TA-CHIANG HSU |
| 28 | | |

McDermott Will & Emery LLP
Attorneys at Law
Los Angeles

LA99 1531513-2.072405.0015                   -4-

Case 3:03-cv-00825-TEH   Document 202   Filed 11/16/07   Page 5 of 7

Case 3:03-cv-00825-TEH   Document 200   Filed 11/13/2007   Page 5 of 7
NOV/08/2007/THU 05:44 PM   MILLSTEIN & ASSOC.   FAX No. 415 348 0336   P. 003
11/06/2007   22:49   7078292618   HOLIDAY INN EXPRESS   PAGE   02/02

| | | |
|---|---|---|
| 1 | Dated: ~~October~~ November 7, 2007 | By: /s/ Shirley Ordway |
| 2 | Dated: October __, 2007 | By: /s/ Ta-Chiang Hsu |
| 3 | | |
| 4 | Dated: October __, 2007 | By: _____ Robert Edwards |
| 5 | Dated: October __, 2007 | UNITED STATES OF AMERICA |
| 6 | | |
| 7 | | By: _____ Sarah Winslow |
| 8 | | Assistant United States Attorney Attorneys for |
| 9 | | THE UNITED STATES OF AMERICA |
| 10 | Dated: October __, 2007 | McDERMOTT WILL & EMERY LLP |
| 11 | | By: _____ Russell Hayman |
| 12 | | Attorneys for Defendants ST. LUKE'S HOSPITAL AND SUTTER HEALTH |
| 13 | | |
| 14 | Dated: ~~October~~ Nov 6, 2007 | LAW OFFICES OF WALLACE C. DOOLITTLE |
| 15 | | |
| 16 | | By: /s/ Wallace C. Doolittle |
| 17 | | Attorneys for Relators ROBERT EDWARDS, SHIRLEY |
| 18 | | ORDWAY AND TA-CHIANG HSU |
| 19 | Dated: ~~October~~ Nov 6, 2007 | LAW OFFICES OF MILLSTEIN & ASSOCIATES |
| 20 | | |
| 21 | | By: /s/ David F. Millstein |
| 22 | | Attorneys for Relators ROBERT EDWARDS, SHIRLEY |
| 23 | | ORDWAY AND TA-CHIANG HSU |
| 24 | Dated: ~~October~~ November 6, 2007 | GOLDFARB & LIPMAN LLP |
| 25 | | By: /s/ James Diamond |
| 26 | | James T. Diamond, Jr. Attorneys for Relators |
| 27 | | ROBERT EDWARDS, SHIRLEY ORDWAY AND TA-CHIANG HSU |
| 28 | | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

LA99 1521513-2.032408.0015

-4-

Case 3:03-cv-00825-TEH  Document 202  Filed 11/16/07  Page 6 of 7
Case 3:03-cv-00825-TEH  Document 200  Filed 11/13/2007  Page 6 of 7
NOV-13-2007 10:10 From:US ATTORNEY    4154367169           To:MWE   Los Angeles   P.5/6

| | | |
|---|---|---|
| 1 | Dated: October __, 2007 | By: _____<br>Shirley Ordway |
| 2-3 | Dated: October __, 2007 | By: _____<br>Ta-Chiang Hsu |
| 4 | Dated: October __, 2007 | By: _____<br>Robert Edwards |
| 5-9 | Dated: ~~October~~, 2007<br>11/13 | UNITED STATES OF AMERICA<br><br>By: /s/ Sarah Winslow<br>Sarah Winslow<br>Assistant United States Attorney<br>Attorneys for<br>THE UNITED STATES OF AMERICA |
| 10-13 | Dated: ~~October~~, 2007<br>11/13 | McDERMOTT WILL & EMERY LLP<br><br>By: /s/ Russell Hayman<br>Russell Hayman<br>Attorneys for Defendants<br>ST. LUKE'S HOSPITAL AND SUTTER HEALTH |
| 14-18 | Dated: October __, 2007 | LAW OFFICES OF WALLACE C. DOOLITTLE<br><br>By: _____<br>Wallace C. Doolittle<br>Attorneys for Relators<br>ROBERT EDWARDS, SHIRLEY ORDWAY AND TA-CHIANG HSU |
| 19-23 | Dated: October __, 2007 | LAW OFFICES OF MILLSTEIN & ASSOCIATES<br><br>By: _____<br>David J. Millstein<br>Attorneys for Relators<br>ROBERT EDWARDS, SHIRLEY ORDWAY AND TA-CHIANG HSU |
| 24-27 | Dated: October __, 2007 | GOLDFARB & LIPMAN LLP<br><br>By: _____<br>James T. Diamond, Jr.<br>Attorneys for Relators<br>ROBERT EDWARDS, SHIRLEY ORDWAY AND TA-CHIANG HSU |

LAS99 1521513-4.032408.0015

-4-

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# ORDER

Upon the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED:

1. That the agreement memorialized above is approved by the Court, and as agreed by the parties, the above-entitled action hereby is DISMISSED WITH PREJUDICE as to Relators Shirley Ordway, Ta-Chiang Hsu, and Robert Edwards and is DISMISSED WITHOUT PREJUDICE as to the United States of America.

2. Within sixty (60) days following this dismissal, Relators Shirley Ordway, Ta-Chiang Hsu, and Robert Edwards and their counsel shall assemble and return to Defendants all originals and reproductions of all documents, and destroy or return to Defendants all electronic records, produced by Defendants in this action, excluding documents which contain notations of Relators' counsel. Documents that contain notations of Relators' counsel shall be destroyed and such destruction, as well as the destruction of all electronic records not returned to Defendants, shall be confirmed by Relators' counsel to Defendants in writing within sixty (60) days following this dismissal. This Court will retain jurisdiction over this action for the sole purpose of ensuring that this return and destruction of documents and electronic records is completed.

3. Each party shall be responsible for his, her, or its own attorneys' fees and costs.

Dated: October 14, 2007

The Honorable Thelton E. Henderson
United States District Judge

LAS99 1521513-4.032408.0015        -5-